February 11, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 14 2015

CHRISTOPHER A. PRINE
CLERK _____

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RE: Court of Appeals Number: 01-04-01071-CR; Trial Court Number 21928, request for supplemental Clerk's Record.

Dear Christopher A. Prine, Clerk:

Enclosed you will find a money order for $4.24 for the record requested in my January 27, 2015 request which was highlighted on the docket sheet I sent with my request. Thank you for your assistance and cooperation in this matter and for provision of documents.

PAPER RECORDS
NO CD

Respectfully Submitted,

David James

David James # 1251548
McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

WASHINGTON TX 773

12 MAY 2015 PM 1 L

Davia James # 1251548
McConnell Unit
3001 South Emily Drive
Beeville Texas 78102

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED APPEALS
FIRST COURT OF TEXAS
HOUSTON, TEXAS

MAY 14 2015

CHRISTOPHER A. PRINE
CLERK